# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RE:**   *Davis v. Lowe, et al*

**Plaintiff:  Damion Davis**                          **Civil Action No.  4:23-CV-1896**

## THIRTY (30) DAY ADMINISTRATIVE ORDER

**November 15, 2023**

To proceed with the above-captioned action, Plaintiff must either:

1.     Tender payment in the amount of $402.00 to the Clerk of Court; or

2.     **Fully complete** and file an application to proceed *in forma pauperis*.  The application is attached.

Failure to comply within thirty (30) days of the date of this Order will cause this action to be dismissed without prejudice.

**PETER J. WELSH**
**CLERK OF COURT**

s/LP
Pro Se Legal Assistant